# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:25-cv-02334-LJC |
| Plaintiff, | |
| vs. | Honorable Lisa J. Cisneros |
| JOHN DOE subscriber assigned IP address 73.222.135.245, | **ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for June 5, 2025, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until August 19, 2025 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for June 5, 2025 is continued to September 18, 2025 at 1:30 p.m.

**DONE AND ORDERED**.

    Dated: May 21, 2025           By: _____
                                  **United States Magistrate Judge**
                                  Hon. Lisa J. Cisneros

1

Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 3:25-cv-02334-LJC